FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2022

No. 04-21-00588-CR

Thomas Peter **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9005
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On April 13, 2022, we abated this appeal and remanded to the trial court for appointment of new appellate counsel for appellant. On May 18, 2022, the district clerk filed a supplemental clerk's record containing an order appointing Michael Goains as new appellate counsel. We **REINSTATE** this appeal to our docket and **ORDER** appellant to file his brief **by June 17, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court